UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOROTHY J. STEMPLER, an individual, | In Law and In Admiralty |
| Plaintiff, | No. 2:10-CV-00122 RSM |
| vs. | JOINT STATUS REPORT AND DISCOVERY PLAN |
| HAL ANTILLEN N.V., a Netherlands Antilles corporation; HOLLAND AMERICA LINE N.V., a Netherlands Antilles corporation; HOLLAND AMERICA LINE – USA, INC., a Washington corporation; and HOLLAND AMERICA LINE INC., a Washington corporation, | |
| Defendants. | |

A.  <u>Statement of the Nature and Complexity of the Case</u>

This maritime personal injury case is not complex.  Plaintiff alleges she suffered personal injuries while she was a paying passenger aboard the vessel ms VOLENDAM which was owned by defendants.

Defendants have filed an answer denying liability and asserting numerous affirmative defenses.

JOINT STATUS REPORT AND DISCOVERY
PLAN - 1

Case No. 2:10-CV-00122 RSM

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

B.  **Statement of Which ADR Method Should be Used**

Mediation is recommended pursuant to Local Rule CR 39.1.

C.  **When Mediation Under Local Rule CR 39.1 Should Take Place**

The parties agree mediation should take place prior to the submission of expert witness reports and expert witness depositions.  To accomplish this, the parties propose a mediation no later than January 25, 2011.

D.  **Proposed Deadline for Joining Additional Parties**

The parties propose August 25, 2010 - eight months prior to the trial date as the deadline for joining additional parties.

E.  **Proposed Discovery Plan**

1.  *Date on which the FRCP 26(f) and FRCP 26(a) initial disclosures take place*

The parties conferred under FRCP 26(f) on Wednesday, March 31, 2010.  The court's order sets April 8, 2010 as the deadline for initial disclosures.

2.  *The subjects on which discovery may be needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues*

The parties agree discovery should be focused on liability and damages.  The only proposed discovery phase or limitation is that the parties agree factual discovery should take place prior to expert witness discovery.

3.  *What changes should be made in the limitations on discovery*

None at this time.

4.  *A statement of how discovery will be managed to minimize expense*

JOINT STATUS REPORT AND DISCOVERY PLAN - 2

Case No. 2:10-CV-00122 RSM

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON  98102
TELEPHONE (206) 398-1188

The parties agree to work together to conduct discovery as informally as possible. The parties agree that they will not conduct expert witness depositions and do not need to exchange expert witness reports before a settlement offer has been submitted by plaintiff.

    5.    *Any other orders that should be entered by the Court under FRCP 26(c) or under Local Rule CR 16(b) and (c)*

None.

F.    <u>The Date by Which the Remainder of Discovery Can be Completed</u>

The parties propose January 25, 2011 —three months prior to the trial date as the date by which the remainder of discovery can be completed.

G.    <u>Whether the Parties Agree That a Full-Time Magistrate Judge May Conduct All Proceedings</u>

The parties do not agree that a full-time magistrate judge may conduct all proceedings.

H.    <u>Whether the Case Should be Bifurcated</u>

The case should not be bifurcated.

I.    <u>Whether the pretrial statements and pretrial order called for by Local Rules CR 16(3), (h), (i), and (l), and 16.1 should be dispensed with in whole or in part</u>

The parties believe the pretrial statements and pretrial order should be employed in whole.

J.    <u>Other Suggestions for Shortening or Simplifying the Case</u>

None.

K.    <u>Date the Case Will be Ready for Trial</u>

April 25, 2011.

L.    <u>Whether the Trial Will be Jury or Non-Jury</u>

The plaintiff requests a jury trial. The defendant requests a jury trial.

JOINT STATUS REPORT AND DISCOVERY PLAN - 3

Case No. 2:10-CV-00122 RSM

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

M. <u>Number of Trial Days Required</u>

The parties anticipate that up to three days will be necessary for trial. Defendant shall be allotted approximately half of the trial days.

N. <u>Names, Addresses and Telephone Numbers of All Trial Counsel</u>

1. Attorneys for Plaintiff

   MYERS & COMPANY, P.L.L.C.
   Michael David Myers
   1530 Eastlake Avenue East
   Seattle, Washington  98102
   mmyers@myers-company.com
   (206) 398-1188

2. Attorneys for Defendants

   Louis A. Shields
   Nielsen Shields, PLLC
   600 Stewart Street, Suite 1703
   Seattle, Washington  98101
   las@nielsenshields.com
   (206) 728-1308

O. <u>If, on the due date of the Report, all defendants or responses have not been served, counsel for the plaintiff shall advise the Court when service will be effected, why it was not made earlier, and shall provide a proposed schedule for the required FRCP 26(f) conference and FRCP 26(a) initial disclosures</u>

All defendants have been served or have waived service.

P. <u>Whether Any Party Wishes a Scheduling Conference Prior to a Scheduling Order Being Entered in the Case</u>

The parties shall participate in any conference requested by the Court at the Court's convenience.

JOINT STATUS REPORT AND DISCOVERY PLAN - 4

Case No. 2:10-CV-00122 RSM

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON  98102
TELEPHONE (206) 398-1188

DATED this 5th day of April, 2010.

        MYERS & COMPANY, P.L.L.C.

        Attorneys for Plaintiff

By: _____
        Michael David Myers
        WSBA No. 22486
        mmyers@myers-company.com
        Telephone: (206) 398-1188
        Facsimile: (206) 398-1189

DATED this 5th day of April, 2010.

        NIELSEN SHIELDS, PLLC

        Attorneys for Defendants

By: s/ per electronic authority
        Louis A. Shields
        WSBA No. 25740
        600 Stewart Street, Suite 1703
        Seattle, Washington 98101
        las@nielsenshields.com
        Phone (206) 728-1308
        Facsimile (206) 728-1302

JOINT STATUS REPORT AND DISCOVERY PLAN - 5

Case No. 2:10-CV-00122 RSM

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188